UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Randy M. Mastro (RM-9492)
Robert Klyman
(pro hac vice application pending)
Amer S. Ahmed
(pro hac vice application pending)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000
RMastro@gibsondunn.com
RKlyman@gibsondunn.com
AAhmed@gibsondunn.com

Patrick Papalia
ARCHER & GREINER P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601
(201) 498-8504
ppapalia@archerlaw.com

In Re:

ACETO CORPORATION, et al.,

Debtors.

ACETO CORPORATION, KAVOD PHARMACEUTICALS LLC (f/k/a RISING PHARMACEUTICALS, LLC, f/k/a RISING PHARMACEUTICALS, INC.), KAVOD HEALTH LLC (f/k/a RISING HEALTH, LLC, f/k/a ROMEO CHARLIE ACQUISITION I, LLC), and KAVRIS HEALTH LLC (f/k/a ACETRIS HEALTH, LLC, f/k/a ROMEO CHARLIE ACQUISITION II, LLC),

Plaintiff(s)

v.

P.V. RAMPRASAD REDDY, AUROBINDO PHARMA LTD., and AUROLIFE PHARMA LLC,

Defendant(s).

Case No.: 19-13448 (VFP)

Adv. No.: 19-01981 (VFP)

Hearing Date: August 6, 2019

Judge: Vincent F Papalia

**ORDER ON MOTION TO DETERMINE CORE/NON-CORE STATUS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

UPON CONSIDERATION of Defendants' Motion To Determine Core/Non-Core Status (the "Motion"), it is **hereby ORDERED** as follows:

1. The Motion is GRANTED as set forth herein.
2. The First, Second, Third, and Fourth Claims for Relief asserted by the Plaintiffs in the Complaint (the "Complaint"), filed as Document 1 in adversary proceeding number 19-01981, constitute non-core claims, and this Court lacks the authority to enter final orders and judgments over those claims.

Dated:___________, 2019

_______________________________
THE HONORABLE VINCENT F. PAPALIA
UNITED STATES BANKRUPTCY JUDGE